**Patrick TAKEUCHI, Plaintiff-Appellant,**

v.

**John M. MCHUGH, Secretary of the Army \*, Defendant-Appellee.**

**No. 15-17205**

United States Court of Appeals, Ninth Circuit.

Submitted January 18, 2017 \*\*

Filed January 30, 2017

Patrick Takeuchi, Pro Se

Thomas A. Helper, Assistant U.S. Attorney, DOJ—Office of the US Attorney, Honolulu, HI, for Defendant-Appellee

---

\* Eric Fanning is substituted for his predecessor, John M. McHugh, as Secretary of the Army under Fed. R. App. P. 43(c)(2).

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

MEMORANDUM \*\*\*

Patrick Takeuchi appeals pro se from the district court's judgment dismissing his Title VII action. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Vinieratos v. U.S. Dep't of Air Force Through Aldridge*, 939 F.2d 762, 767–68 (9th Cir. 1991). We affirm.

The district court properly dismissed Takeuchi's Title VII action because Takeuchi failed to exhaust his administrative remedies. *See id.* at 772 ("The law requires an aggrieved federal employee to elect one exclusive administrative remedy and to exhaust whatever remedy he chooses.").

We do not consider claims raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**

---

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.